of the verdict, if he so elects, and as so modified the order is affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Louis Torge, Respondent, v. Guy A. Loomis and J. I. Gordon, Whose First Name Is Unknown to the Plaintiff, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Leslie Timian, Respondent, v. Charles T. Whelan, as Executor and Trustee of the Estate of Alexander J. Halbritter, Deceased, Appellant.— Judgment affirmed, with costs, upon the opinion of Cheney, J., delivered at the Trial Term. [Reported in 128 Misc. 192.] All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

James V. Murphy, Respondent, v. Union Indemnity Company, Appellant. (Action No. 1.) — Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

James V. Murphy, Respondent, v. Union Indemnity Company, Appellant. (Action No. 2.) — Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Genesee Wesleyan Seminary, Respondent, v. United States Fidelity and Guaranty Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

William A. Setzkorn, Respondent, v. City of Buffalo, Appellant, Impleaded with Another, Defendant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Egbert A. Smith, Respondent, v. Cauvigny Brush Company, Incorporated, Appellant, Impleaded with Another, Defendant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Fredericka Hehr, as Administratrix, etc., of Charles Hehr, Deceased, Respondent, v. National Ben Franklin Fire Insurance Company and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Helen Sieczkarski, an Infant, etc., Respondent, v. Frank Dombrowski, Appellant, Impleaded with Another, Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Wladyslaus Sieczkarski, Respondent, v. Frank Dombrowski, Appellant, Impleaded with Another, Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Rochester Yacht Club Company, Appellant, v. Rochester Boat Works, Incorporated, and Others, Respondents.— Motion to amend order of affirmance so as to give separate bills of costs to Rochester Boat Works, Incorporated, and William J. Gucker, denied. Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

George J. Adams and Others, Appellants, v. Clarence D. Van Zandt, Indi-